**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  4:16CR88-06 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF PROBATION |
| | ) | |
| TASHAUNA J. GRISSETT, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on December 8, 2017. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a probation violation hearing was held on August 7, 2018, wherein the defendant admitted to the following violations:

1.    New Law Violation;
2.    Failure to Notify Probation Officer of Law Enforcement Contact.

The magistrate judge filed a report and recommendation on August 8, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of her probation.

A final probation violation hearing was conducted on August 29, 2018. Defendant

Tashauna Grissett was present and represented by Attorney J. Reid Yoder. The United States was represented by Assistant United States Attorney David Toepfer. United States Probation Officer Christopher Woo was also present.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of her terms and conditions of her probation.

IT IS ORDERED that the defendant's term of probation is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of seven (7) months, to run consecutively to defendant's four-year state court sentence in Mahoning County Common Pleas Court Case Number 2017CR1176.

No term of supervised release shall follow.

The defendant shall pay the remaining balance of her restitution in the amount of $5,881.98, as ordered in the Judgment Order dated September 14, 2016, joint and several with George Rafidi and Charles R. Thomas, to United States Department of Agriculture, Food and Nutrition Services through the Clerk of the U.S. District Court. Restitution is due and payable immediately. The defendant shall pay 25% of defendant's gross income per month, through the Federal Bureau of Prisons Inmate Financial Responsibility Program. If a restitution balance remains upon release from imprisonment, payment is to commence no later than 60 days following release from imprisonment, and shall be collected by the U.S. Attorney's Financial Litigation Unit. Notwithstanding establishment of a payment schedule, nothing shall prohibit the United States from executing or levying upon property of the defendant discovered before and after the date of this Judgment.

Defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.


Dated: August 29, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**